26639.   CATO et al. v. BORN.

ALMAND, Chief Justice. This appeal is from an order denying the appellant's motion for a summary judgment on a complaint seeking equitable and legal relief. This case in a companion case to that of *Cato v. English,* 228 Ga. 120.

The issues here raised are identical with those made and decided in the *English* case and are controlling here.

*Judgment affirmed. All the Justices concur, except Felton, J., who dissents.*

ARGUED SEPTEMBER 15, 1971—DECIDED OCTOBER 7, 1971.

*Long & Siefferman, Floyd E. Siefferman, Jr.,* for appellants.

*Albert B. Wallace,* for appellee.